Roy Woolton, Defendant in Error, v. R. C. Crist, Inc., Plaintiff in Error.

Gen. No. 23,335.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Roy Woolton, plaintiff, against R. C. Crist, Inc., a corporation, defendant, to recover money paid on the purchase price of motorcycle, $113.95. From a judgment for plaintiff for $76, on trial before the court without a jury, defendant brings error.

M. E. GALLION, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim sufficient.* A statement of claim showing the nature of the demand and giving sufficient information to inform the defendant of the nature of the case is sufficient.

2. SALES, § 282*—*when written guaranty does not exclude oral.* A written guaranty as to replacing defective parts of a machine does not exclude an oral guaranty by the seller that the machine is in good workable condition.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.